# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 7/3/2025

Case: 25–01960–DSC13  Form ID: pdf008  Total: 11

**Recipients of Notice of Electronic Filing:**

tr  Bradford W. Caraway  ctmail@ch13bham.com
aty  Joe S Erdberg  joe@333lawyers.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db  Tekisha Johnson  313 Martin Drive  Birmingham, AL 35215
11658309  Capital One  1680 Capital One Drive  Mc Lean, VA 22102
11658310  Credit Central  C/O Grover Todd, CEO  700 E North St Ste 15  Greenville, SC 29601–3013
11658311  Koalafi  PO Box 5518  Glen Allen, VA 23058
11658312  ONEPAY/CCB  PO Box 513717  Los Angeles, CA 90051
11658307  OneMain Financial  601 NW 2nd Street  Evansville, IN 47708
11658308  Planet Home Lending  321 Research Pkwy Ste 303  Meriden, CT 06450
11658313  Progressive Leasing  256 West Data Drive  Draper, UT 84020
11658314  Selfinc/Lead  515 CONGRESS AVE  Austin, TX 78701

TOTAL: 9