# United States Bankruptcy Court
## Northern District of Alabama

In re    **Tekisha Johnson**

Debtor(s)

Case No.

Chapter    **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Tekisha Johnson** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☑    I was employed by Walmart and have been within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because I am unable to access our payroll system. My net monthly income from my job is approximately $2522.00 monthly.

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **July  3, 2025**

Signature  **/s/ Tekisha Johnson**

**Tekisha Johnson**

Debtor