IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:                                        )
                                              )   Case No.: 25-01960-DSC13
TEKISHA JOHNSON,                              )
SSS: ###-##-9696                              )
                                              )
                                              )
        Debtor.                               )
                                              )

<u>TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS</u>

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1.      The proposed payment of $172.00 biweekly will pay a pot of $4,200.00.

2.      The Debtors have not provided all of the compliance documents required by Administrative Order 17-02, namely, an appraisal for the Debtors' real estate.

3.      The proposed plan provides for payments to Koalafi and Progessive Leasing, but Schedule J does not disclose a monthly lease payment to Koalafi.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case.  The Trustee prays for such other relief as the Court deems appropriate.

> Bradford W. Caraway
> Chapter 13 Standing Trustee
>
> By:_____/s/Enslen L. Crowe_____
> Enslen L. Crowe
> Staff Attorney
> Post Office Box 10848
> Birmingham, Alabama 35202
> (205) 323-4631

KM

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 21st day of August 2025:

JAFFE & ERDBERG, P.C.
JERDBERG@JAFFEERDBERG.COM

TEKISHA JOHNSON
313 MARTIN DRIVE
BIRMINGHAM, AL 35215

                        /s/Enslen L. Crowe
                        Staff Attorney

KM