IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:   TEKESHIA JOHNSON          |   Case No.   25-01960-DSC-13
         Debtor                         |

## MOTION TO APPROVE LOAN MODIFCATION

The Debtor, by counsel, moves the Court for the entry of an order allowing the Debtor to enter into a loan modification with Planet Home Lending (hereinafter "Lender"). In support thereof, the Debtor states as follows:

1. That Lender holds a security interest in the Debtor's real estate at 313 Martin Drive, Birmingham, AL 35215.
2. That Lender has offered to modify the terms of the note and mortgage relating to this real estate by means of a subordinate note and mortgage.
3. The terms of the proposed modification are summarized as follows: 1) the lender will obtain a partial claim note and mortgage in the amount of $10,752.46, 2) the maturity date of the note shall be August 1, 2049, 3) there will be no interest on the note. Additionally, the Debtor's regular monthly mortgage payments will become due in the amount of $1,621.66 beginning November 1, 2025.
4. The modification of the note and mortgage are in the best interests of the Debtor, creditors, and the bankruptcy estate.

BASED ON THE FOREGOING, the Debtor moves the Court to authorize the modification of the note and mortgage with Lender consistent with the provisions set forth in this motion.

/s/ Joe Erdberg
Joe Erdberg
Attorney for the Debtor
600 North 20th Street, Suite 400
Birmingham, AL 35203
(205) 323-4500

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on all persons, parties, or other entities listed in the U.S. Bankruptcy Court's Master Mailing Matrix in this case either electronically via the U.S. Bankruptcy Court's CM/ECF system, or by first-class U.S. mail this date: August 26, 2025.

/s/ Joe Erdberg
Joe Erdberg