**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 25-01960-13 |
| Tekisha Johnson | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

## <u>CERTIFICATE OF SERVICE AMENDED SCHEDULES</u>

       I hereby certify that I have served a copy of the Amended Schedules to all creditors listed on the Matrix and the Chapter 13 Trustee through the Court's Electronic Filing System and/or by regular United States Mail on this the 27th day of August 2025.

                               /s/ Joe Erdberg
                               JAFFE & ERDBERG, P.C.
                               Attorneys for Debtor
                               Land Title Building
                               600 20th Street North, Suite 400
                               Birmingham, AL 35203
                               (205) 326-6666  (205) 323-4500