**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 25-01960-13 |
| Tekisha  Johnson | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

<u>CERTIFICATE OF SERVICE ON AMENDED CHAPTER 13 PLAN</u>

   I hereby certify that I have served a copy of the Amended Chapter 13 Plan to all creditors listed on the Matrix and the Chapter 13 Trustee through the Court's Electronic Filing System and/or by regular United States Mail on this the 27th day of August 2025.

<u>/s/ Joe Erdberg</u>
JAFFE & ERDBERG, P.C.
Attorneys for Debtor
Land Title Building
600 20th Street North, Suite 400
Birmingham, AL 35203
(205) 326-6666  (205) 323-4500